IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : : | CIVIL ACTION |
| v. | : : | |
| ST. JUDE'S CHILDREN'S RESEARCH HOSPITAL | : : | NO. 12-4122 |

ORDER

AND NOW, this 12th day of April, 2013, upon consideration of defendant St. Jude Children's Research Hospital's motion to dismiss Count I of the amended complaint filed by the Trustees of the University of Pennsylvania (docket entry # 9), St. Jude's motion for leave to file a reply brief (docket entry # 19), and St. Jude's motion to dismiss Count I of the University's counterclaim (docket entry # 21), it is hereby ORDERED that:

      1.   St. Jude's motion to dismiss (docket entry # 9) is GRANTED;

      2.   St. Jude's motion for leave to file a reply brief (docket entry # 19) is GRANTED;

      3.   Defendant's second motion to dismiss (docket entry # 21) is GRANTED; and

        4.   By noon on April 26, 2013, St. Jude shall ANSWER the University's complaint.

                                    BY THE COURT:

                                    <u>/S/ STEWART DALZELL, J.</u>
                                    Stewart Dalzell, J.